# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONNIE NIXON, JR.                                                          PLAINTIFF

V.                         No. 3:16CV00249 JLH

RON HUNTER, Judge, et al.                                    DEFENDANTS

## ORDER

Ronnie Nixon, Jr. is confined in the Poinsett County Detention Center. He has filed a *pro se* § 1983 complaint alleging that defendants violated his constitutional rights.

The Prison Litigation Reform Act requires federal courts to screen complaints filed by prisoners. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that are legally frivolous or malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief.

Nixon and Michael Hisaw signed one complaint alleging that their constitutional rights have been violated. Document #2. The Clerk of this Court severed the complaint into two separate lawsuits. As the complaint currently stands, it is impossible to determine which constitutional claims belong to Nixon, and how he was personally harmed by each alleged constitutional violation. The Court must have that information to complete § 1915A screening.

Therefore, Nixon must file, **on or before October 21, 2016,** an amended complaint explaining how *each* of the defendants violated *his* constitutional rights, and how *he* was personally harmed by *each* alleged constitutional violation. Additionally, Nixon must clarify whether his arrest resulted in the filing of criminal charges, and if so, the status of those criminal charges. If Nixon does not timely and properly file his amended complaint, this case will be dismissed without

-1-

prejudice pursuant to Local Rule 5.5(c)(2).

    IT IS SO ORDERED this 21st day of September, 2016.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE