# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RONNIE NIXON, JR.**                                                                        **PLAINTIFF**

**V.**                  **NO: 3:16CV00249 JLH**

**RON HUNTER, Judge, et al.**                                                **DEFENDANTS**

## **ORDER**

Plaintiff Ronnie Nixon, Jr. is confined in the Poinsett County Detention Center. He has filed a *pro se* § 1983 complaint alleging that defendants violated his constitutional rights. Document #2. On September 21, 2016, the Court ordered Nixon to file an amended complaint on or before October 21, 2016. Document #4. Nixon has not filed an amended complaint. Accordingly, this case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

DATED this 1st day of November, 2016.

                                                                                                             J. LEON HOLMES
                                                                                                             UNITED STATES DISTRICT JUDGE