IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RONNIE NIXON, JR.**                                                  **PLAINTIFF**

**V.**                                  **NO: 3:16CV00249 JLH**

**RON HUNTER, Judge, et al.**                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 1st day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE